MICHAEL L. TUCHIN (State Bar No. 150375)
LAURA L. BUCHANAN (State Bar No. 156261)
MARTIN R. BARASH (State Bar No. 162314)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
2121 Avenue of the Stars, 33rd Floor
Los Angeles, California 90067-5061
Telephone: (310) 407-4000
Facsimile: (310) 407-9090

Proposed Reorganization Counsel for
Debtor and Debtor In Possession

Debtor's Mailing Address
9939 Norwalk Blvd.
Santa Fe Springs, CA 90670

FILED
MAR 1 6 2006
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

ORIGINAL

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>APX LOGISTICS, INC.,<br><br>　　　　Debtor. | Case No.: LA 06-10877-EC<br><br>Chapter 11<br><br>**JOINDER OF APX LOGISTICS, INC. IN EMERGENCY MOTIONS FILED IN CASE OF APX HOLDINGS, L.L.C.**<br><br>**Hearing**<br>Date:　TBD<br>Time:　TBD<br>Place:　Courtroom<br>　　　　Roybal Federal Building<br>　　　　255 East Temple Street<br>　　　　Los Angeles, CA 90012 |

84199.1

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTOR'S FORTY LARGEST UNSECURED CREDITORS; AND THE DEBTOR'S SECURED LENDERS:**

APX Logistics, Inc., (the "Debtor"), the debtor and the debtor in possession in the above-captioned chapter 11 case, hereby joins in the following motions (collectively, the "Joined Motions"), all of which were filed concurrently herewith in the case of the Debtor's affiliate, APX Holdings, L.L.C.

- The "Emergency Motion Pursuant to General Order 02-02 For Order Authorizing Debtors and Debtors in Possession to Maintain Existing Cash Management System and Prepetition Bank Accounts"

- The "Emergency Motion Pursuant to General Order 02-02 For Order Authorizing Debtors and Debtors in Possession to Honor and Pay Costs Associated With: (1) Prepetition Employee Compensation and (2) Employee Benefits and Benefit Programs"

- The "Emergency Motion Pursuant to General Order 02-02 For Order Establishing Notice Procedures and Permitting Debtors in Possession to Serve Insured Depository Institutions by First-Class Mail"

- The "Emergency Motion Pursuant to General Order 02-02 For Order Determining Adequate Assurance of Payment for Postpetition Utility Services"

- The "Emergency Motion Pursuant to General Order 02-02 For Order Extending Time to File Schedules and Related Materials"

- The "Emergency Motion Pursuant To General Order 02-02 For an Order (1) Authorizing Rejection Of Certain Unexpired Real Property Leases, and (2) Establishing Lease Rejection Procedures"

- The "Emergency Motion Pursuant to General Order 02-02 For Order Directing Joint Administration of Related Cases Under Bankruptcy Rule 1015(b)"

84199.1

1

- The "Emergency Motion Pursuant to Bankruptcy Code Sections 105, 362, 363 and 364(c) and (d), Bankruptcy Rule 4000(c) and General Order 02-02 for Entry of Interim Financing Order Authorizing Borrowing with Priority Over Administrative Expenses and Secured by Liens on Property of the Estate"
- Such other and further emergency motions as have been filed in APX Holdings' chapter 11 case.

The Joined Motions and all supporting papers are incorporated herein by this reference. By this Joinder, the Debtor respectfully requests that, to the extent applicable, the relief requested in the Joined Motions be granted in the Debtor's case.

DATED: March 16, 2006

*[signature]*

MICHAEL L. TUCHIN
LAURA L. BUCHANAN
MARTIN R. BARASH
KLEE, TUCHIN, BOGDANOFF & STERN LLP
Proposed Reorganization Counsel for Debtor and Debtor in Possession

84199.1

2